IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| STEPHANIE HICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 7:13-cv-02063-TMP |
| | ) |
| CITY OF TUSCALOOSA, | ) |
| | ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered herewith, it is, therefore,

ORDERED, ADJUDGED, and DECREED, that the plaintiff, Stephanie Hicks, have and recover from the defendant, City of Tuscaloosa, the sum of ONE HUNDRED SIXTY-ONE THOUSAND, THREE HUNDRED NINETEEN AND 92/100 ($161,319.92) DOLLARS, plus post-judgment interest and costs.  Plaintiff also shall be entitled to attorneys' fees and expenses to be determined by separate Order.

DONE and ENTERED this 25th day of March, 2016, at Birmingham, Alabama.

_____
T. MICHAEL PUTNAM
UNITED STATES MAGISTRATE JUDGE